

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
T (212) 218-5500
F (212) 218-5526

hwexler@seyfarth.com
T (212) 218-3332

www.seyfarth.com

November 15, 2019

**VIA ECF**

Hon. Paul G. Gardephe
United States District Judge
United States Courthouse
40 Foley Square Courtroom 705
New York, NY 10007

Re:   *Camacho v. Lawrence University*,
       Civil Action No.: 1:18-cv-10850 (S.D.N.Y.)

Dear Judge Gardephe:

This firm represents Defendant Lawrence University ("Defendant") in the above-referenced action. We write, jointly with Plaintiff Jason Camacho ("Plaintiff"), to respectfully request that the Court extend the briefing schedule for Defendant's Motion to Dismiss ("Motion"), and endorse the amended briefing schedule set forth below.

By way of background, Defendant filed pre-motion correspondence on April 26, 2019 (ECF No. 20), to which Plaintiff filed a letter in response on May 6, 2019 (ECF No. 21.) On October 18, 2019, the Court granted Defendant leave to file the Motion and entered a briefing schedule accordingly. (ECF No. 24.)

The parties respectfully request that the Court enter the following amended briefing schedule in connection with the Motion:

- Motion to be filed by: December 19, 2019 (from November 21, 2019);

- Opposition papers to be filed by: January 20, 2020 (from December 12, 2019); and

- Reply papers to be filed by: February 6, 2020 (from December 19, 2019).

This is the first request for an extension of these deadlines. The parties respectfully submit this request to provide sufficient time to complete the briefing, particularly in light of the forthcoming holidays and anticipated client availability issues.

The undersigned has communicated with counsel for Plaintiff and Plaintiff joins in this application, which will not impact any other scheduled deadlines. This request is being made in good faith and not to cause undue delay. We thank the Court for its time and attention to this matter, and consideration of this application.

[Memo Endorsed, rotated 180°:]
MEMO ENDORSED
The Application is granted.
SO ORDERED:
[signature]
Paul G. Gardephe, U.S.D.J.
Dated: Nov. 15, 2019



Respectfully submitted,

SEYFARTH SHAW LLP


By: /s/ *John W. Egan*
    John W. Egan

cc:    All counsel on record (via ECF)